UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,   Civil No. 15-3239 (DWF/JSM)

    Plaintiff,

v.   **ORDER ADOPTING REPORT AND RECOMMENDATION**

Vicie Christine Williams,

    Defendant.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated September 29, 2015. (Doc. No. 3.) No objections have been filed to that Report and Recommendation in the time period permitted. The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference. Based upon the Report and Recommendation of the Magistrate Judge and upon all of the files, records, and proceedings herein, the Court now makes and enters the following:

**ORDER**

1. Magistrate Judge Janie S. Mayeron's September 29, 2015 Report and Recommendation (Doc. No. [3]) is **ADOPTED**.

2. Williams' application to proceed *in forma* pauperis (Doc. No. [2]) is **DENIED**.

3. Williams' notice of removal (Doc. No. [1]) is **VACATED**.

4.     This action is REMANDED to the Minnesota District Court, Fourth Judicial District.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  November 6, 2015             s/Donovan W. Frank
                                     DONOVAN W. FRANK
                                     United States District Judge